# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-503-571

**Effective Date of Registration:**
November 06, 2017

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

| | |
|---|---|
| **Title of Work:** | Winning Isn't Normal |
| **Title of Larger Work:** | Winning Isn't Normal |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | July 18, 2010 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 0-945609-96-5 |

### Author

| | |
|---|---|
| • **Author:** | Keith Frank Bell |
| **Author Created:** | text |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1948 |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Keith Frank Bell |
| | 3101 Mistyglen Circle, Austin, TX, 78746, United States |

### Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | text |
| **Previous registration and year:** | TX 2 672 644, 1989 |
| **New material included in claim:** | text |

### Rights and Permissions

|            |                              |
|-----------:|------------------------------|
| **Name:**      | Keith Frank Bell             |
| **Email:**     | drkeithbell@gmail.com        |
| **Telephone:** | (512)327-2260                |
| **Address:**   | 3101 Mistyglen Circle        |
|                | Austin, TX 78746 United States |

## Certification

|           |                   |
|----------:|-------------------|
| **Name:** | Keith F. Bell     |
| **Date**: | November 06, 2017 |